Elsa Hookanson, appellee, v. Chicago City Bank and Trust Company, appellant. Gen. No. 39,211.

Opinion filed December 30, 1936.

Rathje, Hinckley, Barnard, Kulp & Tucker, for appellee; Francis E. Hinckley, of counsel. Clyde L. Todd, for appellee; Lee D. Mathias, of counsel.

Mr. Presiding Justice John J. Sullivan delivered the opinion of the court.

Polish Women's Alliance of America, appellant, v. Stefan Machalski et al., appellees. Gen. No. 38,783.

Opinion filed December 30, 1936.

Edward E. Fleming, for appellant. Maximilian J. St. George, for certain appellee.

Mr. Justice Friend delivered the opinion of the court.

Underwood Veneer Company, appellee, v. Fader Machinery Company, appellant. Gen. No. 38,809.

Opinion filed December 30, 1936. Rehearing denied January 12, 1937.

Benjamin S. Mesirow, for appellant; Julius M. Lorenz, of counsel. Alden, Latham & Young, for appellee; William Tracy Alden and Francis J. Naphin, of counsel.

Mr. Justice Friend delivered the opinion of the court.

Elmer C. Huebner, appellee, v. Goldblatt Bros., Inc., and Henry Merik, appellants. Gen. No. 38,865.

Opinion filed December 30, 1936.

Robertson, Crowe & Spence, for appellants; Burt A. Crowe, of counsel. Gordon J. DuRand and James H. Turner, for appellee; Roy S. Gaskill, of counsel.

Mr. Justice Friend delivered the opinion of the court.